## UNITED STATES DISTRICT COURT
### Southern District of Iowa



U.S. Courthouse                                                                                          Des Moines
123 East Walnut Street                                                                                   Davenport
Des Moines, Iowa  50309                                                                             Council Bluffs

Clerk of Court's Office                                                                          o: 515-284-6248
www.iasd.uscourts.gov                                                                           f : 515-284-6418


April 4, 2024


Tiffaney D. Pete
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judicial Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC  20002-8004


*In Re:* Pending MDL 3112 Iowa Student Loan Liquidity Corporation Litigation


Dear Ms. Pete:


Enclosed is a copy of the complaints from the actions filed in the Southern
District of Iowa, Zambrano v. Iowa Student Loan Liquidity Corporation and Mason v.
Iowa Student Loan Liquidity Corporation.  Please forward these complaints to the
panel for review of a Potential Tag-Along Action to the above-entitled Pending
MDL case 3112.


Should you have any questions, please do not hesitate to contact this office.


Sincerely,
/s/ Susan Lancaster
Deputy Clerk
Phone number 563-884-7610
John S. Courter
CLERK OF COURT